UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MARIANNE ATOR,

                Plaintiff,

  v.

MICHAEL J. ASTRUE. Commissioner of Social Security,

                Defendant.

Case No. 3:12-cv-05660-KLS

ORDER GRANTING PLAINTIFF'S APPLICATION TO PROCEED *IN FORMA PAUPERIS*

      Plaintiff's application to proceed *in forma pauperis* (ECF #1) is GRANTED.  Plaintiff does not appear to have funds available to afford the $350.00 Court filing fee.

      DATED this 1st day of August, 2012.

                                             Karen L. Strombom
                                             United States Magistrate Judge

ORDER - 1