UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MARIANNE ATOR,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant. | Civil No. 3:12-cv-05660-KLS<br><br><br>ORDER OF<br>REMAND AND JUDGMENT |

Based on the stipulation of the parties, it is hereby ORDERED that the above-captioned case be REVERSED and REMANDED for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).  On remand, an administrative law judge (ALJ) will hold a *de novo* hearing and Plaintiff may raise any issue.  The ALJ will further evaluate Plaintiff's substance use to determine whether it is a contributing factor material to the determination of disability pursuant to 20 C.F.R. §§ 404.1535 and 416.935, consider any new evidence submitted, and continue the sequential evaluation process.

Upon proper presentation, this Court will consider Plaintiff's application for costs and attorney fees under 28 U.S.C. § 2412(d) and 42 U.S.C. § 406(b).

Page 1    ORDER OF REMAND AND JUDGMENT
         [Civil No. 3:12-cv-05660-KLS]

Office of the General Counsel
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, Washington 98104-7075
Telephone:  (206) 615-3858

JUDGMENT is entered for Plaintiff, and this case is closed.

DATED this 20th day of December, 2012.

*Karen L. Strombom*
Karen L. Strombom
United States Magistrate Judge

Presented by:

/s/Brett E. Eckelberg
BRETT E. ECKELBERG
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 MS/221A
Seattle, WA 98104-7075
Phone: (206) 615-3748
Fax: (206) 615-2531
brett.eckelberg@ssa.gov

Page 2    ORDER OF REMAND AND JUDGMENT
         [Civil No. 3:12-cv-05660-KLS]

Office of the General Counsel
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, Washington 98104-7075
Telephone:  (206) 615-3858